264-15

# ELECTRONIC RECORD

COA # 01-13-00299-CR     OFFENSE: 28.02 (Arson)

STYLE: Robert Earl Schiele v. The State of Texas     COUNTY: Polk

COA DISPOSITION: AFFIRM     TRIAL COURT: 411th District Court

DATE: 02/19/2015     Publish: NO     TC CASE #: 22467

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Earl Schiele v. The State of Texas     CCA #: 264-15

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____Refused_____     JUDGE: _____

DATE: ____05/13/2015____     SIGNED: _____     PC: _____

JUDGE: ____Per Curiam____     PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD